**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08–6650 PA (CTx) | Date | November 6, 2008 |
|---|---|---|---|
| Title | Katherine Lingad v. SunTrust Mortgage, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS – COURT ORDER

      On October 15, 2008, the Court issued an Order requiring plaintiff Katherine Lingad ("Plaintiff") to file and serve, no later than October 27, 2008, a declaration addressing when, and by what method, each defendant was first served with the summons and complaint.  (See Docket No. 5.) Plaintiff failed to file the required declaration, despite the Court reminding her to do so.  Accordingly, Plaintiff is ordered to show cause in writing why the Court should not impose sanctions for Plaintiff's failure to comply with the Court's October 15, 2008 Order.  Plaintiff's response to this Order to Show Cause shall be filed and served no later than November 14, 2008.  Alternatively, Plaintiff may respond to the Order to Show Cause by filing the declaration required in the October 15, 2008 Order.  Failure to respond to this Order to Show Cause will result in the imposition of sanctions, which may include the dismissal of Plaintiff's complaint.

      IT IS SO ORDERED.